UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ECP PROPERTY II LLC,                               :
                                                    :      STIPULATION OF DISMISSAL
              Plaintiff,                 :      AS TO JOSEPH NORTON
                                                    :
v.                                                       :      14-CV-7298 (FB) (PK)
                                                    :
JOSEPH NORTON, *et al.*,                :
                                                    :
              Defendants.          :
------------------------------------------------------------X

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT JOSEPH NORTON WITHOUT PREJUDICE

      Plaintiff, ECP Property II LLC, and Defendant Joseph Norton, pursuant to Federal Rule of Civil Procedure 41, hereby agree and stipulate to the dismissal of the above-captioned action as to Defendant Joseph Norton only, without prejudice. Each party shall bear its own costs.

| | |
|---|---|
|     /s/ Gordon S. Young     | /s/ Narissa A. Joseph (by GSY with permission) |
| Jeremy S. Friedberg (JF-3772) | Narissa A. Joseph |
| Gordon S. Young (GY-8331) | Law Office of Narissa Joseph |
| Leitess Friedberg PC | 277 Broadway, Suite 501 |
| 10451 Mill Run Circle, Suite 1000 | New York, New York 10007 |
| Baltimore, Maryland 21117 | (212) 233-3060 |
| (410) 581-7400 | (212) 608-0304 (facsimile) |
| (410) 581-7410 (facsimile) | njosephlaw@aol.com |
| jeremy.friedberg@lf-pc.com | |
| gordon.young@lf-pc.com | |
| | |
| *Attorneys for ECP Property II LLC* | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2016, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Narissa A. Joseph, Esq.
Law Office of Narissa A. Joseph
277 Broadway, Suite 501
New York, New York 10007.

                                                /s/ Gordon S. Young
                                                Gordon S. Young