```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ECP PROPERTY II LLC,                     :
                                         :      JOINT STATUS REPORT
                Plaintiff,               :
                                         :
v.                                       :      14-CV-7298 (FB) (PK)
                                         :
THEMA NORTON,                            :
                                         :
                Defendant.               :
------------------------------------------------------------X
```

## JOINT STATUS REPORT

Plaintiff, ECP Property II LLC ("ECP"), and defendant, Thema Norton, by counsel, submit this Joint Status Report as directed by the Court in its paperless order entered on November 8, 2016.

1. <u>Status of Ms. Norton's Bankruptcy Case</u>

Due to Ms. Norton's filing of a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") bearing case number 1-16-44209-ess, this Court stayed this action and adjourned the scheduled November 10, 2016, hearing on ECP's motion for sanctions *sine die* pending the conclusion of Ms. Norton's bankruptcy case.

On April 13, 2017, the Bankruptcy Court dismissed Ms. Norton's bankruptcy case without disposing of ECP's claim against Ms. Norton.

2. <u>Status of this Action</u>

As a result of the dismissal of Ms. Norton's bankruptcy case, ECP requests that the Court dissolve its stay of this action and reopen this action for further proceedings. As an initial

proceeding, ECP proposes that the Court schedule a telephonic status conference to, among other things, reschedule the hearing on ECP's motion for sanctions.

ECP's September 9, 2016, letter motion [Doc. 43] sets forth the numerous discovery issues in this action that remain unresolved. These outstanding discovery issues prevent the parties from completing discovery.

Respectfully submitted:

| | |
|---|---|
| _/s/ Gordon S. Young_ | _/s/ Narissa A. Joseph_ |
| Jeremy S. Friedberg (JF-3772) | Narissa A. Joseph |
| Gordon S. Young (GY-8331) | Law Office of Narissa Joseph |
| Friedberg PC | 305 Broadway, Suite 1001 |
| 10045 Red Run Boulevard, Suite 160 | New York, New York 10007 |
| Baltimore, Maryland 21117 | (212) 233-3060 |
| (410) 581-7400 | (646) 607-3335 (facsimile) |
| (410) 581-7410 (facsimile) | njosephlaw@aol.com |
| jeremy@friedberg.legal | |
| gordon.young@friedberg.legal | |
| | |
| *Attorneys for ECP Property II LLC* | *Attorneys for Thema Norton* |