**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ECP PROPERTY II LLC,                **:**

                                     **:**        **JOINT STATUS REPORT**

               **Plaintiff,**        **:**

                                     **:**

**v.**                                 **:**        **14-CV-7298 (FB) (PK)**

                                     **:**

**THEMA NORTON,**               **:**

                                     **:**

              **Defendant.**       **:**
----------------------------------------------------------------X

## JOINT STATUS REPORT

       Plaintiff, ECP Property II LLC, and defendant, Thema Norton, by counsel, submit this

Joint Status Report as directed by the Court in its paperless order entered on February 22, 2018.

1.    <u>Status of Ms. Norton's Bankruptcy Case</u>

       This action was stayed due to Ms. Norton's filing of a Chapter 7 bankruptcy petition in

the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy

Court") bearing case number 1-17-42199-ess.

       On December 4, 2017, the Bankruptcy Court entered an *Order of Discharge and Final*

*Decree* [Dkt. 31], granting Ms. Norton a discharge under 11 U.S.C. § 727.

2.    <u>Status of this Action</u>

       As a result of Ms. Norton's bankruptcy discharge, the Court should dismiss this action

against Ms. Norton.

Respectfully submitted:


_____/s/ Gordon S. Young_____

Jeremy S. Friedberg (JF-3772)

Gordon S. Young (GY-8331)

Friedberg PC

10045 Red Run Boulevard, Suite 160

Baltimore, Maryland 21117

(410) 581-7400

(410) 581-7410 (facsimile)

jeremy@friedberg.legal

gordon.young@friedberg.legal

*Attorneys for ECP Property II LLC*

_____/s/ Narissa A. Joseph_____

Narissa A. Joseph

Law Office of Narissa Joseph

305 Broadway, Suite 1001

New York, New York 10007

(212) 233-3060

(646) 607-3335 (facsimile)

njosephlaw@aol.com

*Attorneys for Thema Norton*