UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ECP PROPERTY II LLC,                          :
                                              :     STIPULATION OF DISMISSAL
            **Plaintiff,**            :
                                              :
v.                                            :     14-CV-7298 (FB) (PK)
                                              :
THEMA NORTON,                                 :
                                              :
            **Defendant.**            :
------------------------------------------------------------X

## STIPULATION OF DISMISSAL

      Plaintiff, ECP Property II LLC, and defendant, Thema Norton, pursuant to Federal Rule of Civil Procedure 41, hereby agree and stipulate to the dismissal of the above captioned action. Each party shall bear its own costs.


| /s/ Gordon S. Young | /s/ Narissa A. Joseph |
|---|---|
| Jeremy S. Friedberg (JF-3772) | Narissa A. Joseph |
| Gordon S. Young (GY-8331) | Law Office of Narissa Joseph |
| Friedberg PC | 305 Broadway, Suite 1001 |
| 10045 Red Run Circle, Suite 160 | New York, New York 10007 |
| Baltimore, Maryland 21117 | (212) 233-3060 |
| (410) 581-7400 | (646) 607-3335 (facsimile) |
| (410) 581-7410 (facsimile) | njosephlaw@aol.com |
| jeremy@friedberg.legal | |
| gordon.young@friedberg.legal | |
| | |
| *Attorneys for ECP Property II LLC* | *Attorneys for Thema Norton* |

2

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

      I HEREBY CERTIFY that on this 2<u>nd</u> day of April, 2018, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Narissa A. Joseph, Esq.
Law Office of Narissa A. Joseph
305 Broadway, Suite 1001
New York, New York 10007.

                                           /s/ Gordon S. Young
                                         Gordon S. Young